# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| STEVEN O. KALAN, <br> Register No. 737133, <br> <br> Plaintiff, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 05-4154-CV-C-NKL |

## ORDER

On July 6, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff is denied leave to proceed in forma pauperis, and his claims are dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 12, 2005
Jefferson City, Missouri